**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** NEW JERSEY
TRENTON **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROTBLAT, MICHELLE E | § | Case No. 15-30503 MBK |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/30/2015 . The undersigned trustee was appointed on 11/02/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 247,510.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 43,528.42 |
| Bank service fees | | 2,024.48 |
| Other payments to creditors | | 195,000.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 6,957.10 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/28/2016 and the deadline for filing governmental claims was 04/27/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 15,625.50 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 15,625.50 , for a total compensation of $ 15,625.50 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 102.28 , for total expenses of $ 102.28 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/06/2018 By:/s/DANIEL E. STRAFFI, TRUSTEE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 15-30503 MBK Judge: Michael B. Kaplan
Case Name: ROTBLAT, MICHELLE E

For Period Ending: 12/31/17

Trustee Name: DANIEL E. STRAFFI, TRUSTEE
Date Filed (f) or Converted (c): 10/30/15 (f)
341(a) Meeting Date: 12/01/15
Claims Bar Date: 03/28/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2 Lowery Lane, Marlboro, NJ 07746 | 375,000.00 | 230,000.00 | | 230,000.00 | FA |
| Joint with non-debtor - 2 Lowery Lane, Marlboro, NJ - $750,000.00 Straffi v. Rotblat Adv# 16-01049 - Sell property, avoid 2nd mortgage and sell co-owners interest | | | | | |
| 2. Furniture (u) | 1,000.00 | 0.00 | | 0.00 | FA |
| 1/2 Share - Furniture - $2,000.00 | | | | | |
| 3. Wearing Apparel (u) | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. 2010 Bently Continental GT (u) | 75,000.00 | 17,510.00 | | 17,510.00 | FA |
| TOTALS (Excluding Unknown Values) | $452,000.00 | $247,510.00 | | $247,510.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

16-01049 Straffi v. Rotblat - Sell property, avoid 2nd mortgage and sell co-owners interest

Initial Projected Date of Final Report (TFR): 04/15/17 Current Projected Date of Final Report (TFR): 12/15/18

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-30503 -MBK
Case Name: ROTBLAT, MICHELLE E
Taxpayer ID No: *******1949
For Period Ending: 12/31/17

Trustee Name: DANIEL E. STRAFFI, TRUSTEE
Bank Name: UNION BANK
Account Number / CD #: *******3991 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 35,517,734.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/16 | 4 | Scott Rotblatt<br>2 Lowery Lane<br>Marlboro, NJ 07746 | Settlement on 2010 Bentley | 1229-000 | 17,510.00 | | 17,510.00 |
| * 02/03/16 | 002001 | A. Atkins Appraisal<br>122 Clinton Road<br>Fairfield, NJ 07004 | Order Granting Allowances dated January 7, 2016 - Appraiser | 3711-000 | | 500.00 | 17,010.00 |
| * 02/04/16 | 002001 | A. Atkins Appraisal<br>122 Clinton Road<br>Fairfield, NJ 07004 | VOID<br>Void Check | 3711-000 | | -500.00 | 17,510.00 |
| * 02/22/16 | 002002 | TD Bank, NA<br>Retail Bank Operations<br>PO Box 1377, ME2-001-031<br>Lewiston, ME 04243-1377 | Financial Records - Inv# 37663 | 2990-000 | | 25.75 | 17,484.25 |
| * 02/22/16 | 002002 | TD Bank, NA<br>Retail Bank Operations<br>PO Box 1377, ME2-001-031<br>Lewiston, ME 04243-1377 | Void Check - Money not available | 2990-000 | | -25.75 | 17,510.00 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.09 | 17,489.91 |
| 03/23/16 | 002003 | A. Atkins Appraisal<br>122 Clinton Road<br>Fairfield, NJ 07004 | Order Granting Allowances dated January 7, 2016 - Appraiser | 3711-000 | | 500.00 | 16,989.91 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 24.27 | 16,965.64 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 25.82 | 16,939.82 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 24.33 | 16,915.49 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 25.10 | 16,890.39 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 24.26 | 16,866.13 |
| 08/16/16 | 002004 | The Kelly Firm, PC<br>1011 Highway 71 | Mediation Services | 2990-000 | | 1,279.87 | 15,586.26 |

Page Subtotals 17,510.00 1,923.74

FORM 2

Page: 2

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 15-30503 -MBK
Case Name: ROTBLAT, MICHELLE E
Taxpayer ID No: *******1949
For Period Ending: 12/31/17

Trustee Name: DANIEL E. STRAFFI, TRUSTEE
Bank Name: UNION BANK
Account Number / CD #: *******3991 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 35,517,734.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 200<br>Spring Lake, NJ 07762-2030 | | | | | |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 25.03 | 15,561.23 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 24.38 | 15,536.85 |
| 09/28/16 | 1 | Scott Rotblat | Settlement of interest in property | 1110-000 | 10,000.00 | | 25,536.85 |
| 09/28/16 | 1 | Scott Rotblat | Settlement on interest in property | 1110-000 | 40,000.00 | | 65,536.85 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 51.00 | 65,485.85 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 97.12 | 65,388.73 |
| 12/06/16 | 1 | Scott Rotblat | Settlement on interest in property | 1110-000 | 70,000.00 | | 135,388.73 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 100.60 | 135,288.13 |
| 01/12/17 | 002005 | International Sureties, LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond Payment<br>Bond# 016026385 | 2300-000 | | 34.42 | 135,253.71 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 200.65 | 135,053.06 |
| 02/07/17 | 1 | Adel Badran | Settlement of interest in property | 1110-000 | 62,500.00 | | 197,553.06 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 201.00 | 197,352.06 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 262.19 | 197,089.87 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 293.26 | 196,796.61 |
| 05/16/17 | 1 | Michael Botton | Deposit on Settlement | 1110-000 | 47,000.00 | | 243,796.61 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 283.40 | 243,513.21 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 341.98 | 243,171.23 |
| 06/29/17 | 1 | Michael Botton | Bal of Deposit on Property | 1110-000 | 500.00 | | 243,671.23 |
| 09/14/17 | 002006 | Daniel E. Straffi, Esq.<br>670 Commons Way<br>Toms River, NJ 08755 | Order Granting Allowances dated September 8, 207 - Trustee's Atty (ch7) - Fees | 3110-000 | | 40,000.00 | 203,671.23 |
| 09/14/17 | 002007 | Daniel E. Straffi, Esq.<br>670 Commons Way<br>Toms River, NJ 08755 | Order Granting Allowances dated Septmber 8, 2017- Trustee's Atty (ch7) - Exp. | 3120-000 | | 1,714.13 | 201,957.10 |
| | | | Page Subtotals | | 230,000.00 | 43,629.16 | |

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-30503 -MBK
Case Name: ROTBLAT, MICHELLE E

Taxpayer ID No: *******1949
For Period Ending: 12/31/17

Trustee Name: DANIEL E. STRAFFI, TRUSTEE
Bank Name: UNION BANK
Account Number / CD #: *******3991 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 35,517,734.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/17/17 | 002008 | Hussam Ismael<br>c/o Parker McCay, PA<br>9000 Midlantic Drive, Suite 300<br>Mount Laurel, NJ 08054 | Payment per Settlement Agreement and General Release dated October 13, 2017 | 4110-000 | | 195,000.00 | 6,957.10 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 247,510.00 | 240,552.90 | 6,957.10 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 247,510.00 | 240,552.90 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 247,510.00 | 240,552.90 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********3991 | 247,510.00 | 240,552.90 | 6,957.10 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 247,510.00 | 240,552.90 | 6,957.10 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 195,000.00 |

Page 1 | Exhibit C | Date: February 06, 2018

Analysis of Claim Register

Case Number: 15-30503
Debtor Name: ROTBLAT, MICHELLE E
Claims Bar Date: 03/28/16

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 002<br>2100-00 | Daniel E. Straffi, Trustee<br>670 Commons Way<br>Toms River, NJ 08755 | Administrative | | $0.00 | $15,625.50 | $15,625.50 |
| 001<br>2200-00 | Daniel E. Straffi, Trustee<br>670 Commons Way<br>Toms River, NJ 08755 | Administrative | | $0.00 | $102.28 | $102.28 |
| 000<br>2700-00 | Clerk, US Bankruptcy Court<br>402 E. State Street<br>Trenton, NJ 08608 | Administrative | | $0.00 | $350.00 | $350.00 |
| 001<br>3110-00 | Daniel E. Straffi, Esq.<br>670 Commons Way<br>Toms River, NJ 08755 | Administrative | | $0.00 | $40,000.00 | $40,000.00 |
| | | | 2133433991 09/14/17 | 2006 | 40,000.00 | |
| 001<br>3120-00 | Daniel E. Straffi, Esq.<br>670 Commons Way<br>Toms River, NJ 08755 | Administrative | | $0.00 | $1,714.13 | $1,714.13 |
| | | | 2133433991 09/14/17 | 2007 | 1,714.13 | |
| 001<br>3410-00 | Bederson LLP<br>347 Mt. Pleasant Avenue<br>Suite 200<br>West Orange, NJ 07052 | Administrative | | $0.00 | $3,331.50 | $3,331.50 |
| 001<br>3420-00 | Bederson LLP<br>347 Mt. Pleasant Avenue<br>Suite 200<br>West Orange, NJ 07052 | Administrative | | $0.00 | $56.50 | $56.50 |
| 001<br>3711-00 | A. Atkins Appraisal<br>122 Clinton Road<br>Fairfield, NJ 07004 | Administrative | | $0.00 | $500.00 | $500.00 |
| | | | 2133433991 03/23/16 | 2003 | 500.00 | |
| 000001<br>001<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>Timely Filed General Unsecured Claim | Filed 01/29/16 | $0.00 | $333.17 | $333.17 |

Exhibit C
Analysis of Claim Register

Date: February 06, 2018

Case Number: 15-30503
Debtor Name: ROTBLAT, MICHELLE E
Claims Bar Date: 03/28/16

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000002<br>001<br>7100-00 | Ashley Funding Services, LLC<br>c/o Resurgent capital Services<br>Po Box 10587<br>Greenville, SC 29603 | Unsecured | Filed 03/14/16<br>Timely Filed General Unsecured Claim | $0.00 | $49.00 | $49.00 |
| 000003<br>001<br>7100-00 | PYOD LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | Filed 03/23/16<br>Timely Filed General Unsecured Claim | $0.00 | $597.64 | $597.64 |
| | Case Totals: | | | $0.00 | $62,659.72 | $62,659.72 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-30503 MBK
Case Name: ROTBLAT, MICHELLE E
Trustee Name: DANIEL E. STRAFFI, TRUSTEE

Balance on hand $ 6,957.10

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL E. STRAFFI, TRUSTEE | $ 15,625.50 | $ 0.00 | $ 2,137.01 |
| Trustee Expenses: DANIEL E. STRAFFI, TRUSTEE | $ 102.28 | $ 0.00 | $ 102.28 |
| Attorney for Trustee Fees: Daniel E. Straffi, Esq. | $ 40,000.00 | $ 40,000.00 | $ 0.00 |
| Attorney for Trustee Expenses: Daniel E. Straffi, Esq. | $ 1,714.13 | $ 1,714.13 | $ 0.00 |
| Accountant for Trustee Fees: Bederson LLP | $ 3,331.50 | $ 0.00 | $ 3,331.50 |
| Accountant for Trustee Expenses: Bederson LLP | $ 56.50 | $ 0.00 | $ 56.50 |
| Charges: Clerk, US Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: A. Atkins Appraisal | $ 500.00 | $ 500.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 5,977.29

Remaining Balance $ 979.81

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 979.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 333.17 | $ 0.00 | $ 333.17 |
| 000002 | Ashley Funding Services, LLC | $ 49.00 | $ 0.00 | $ 49.00 |
| 000003 | PYOD LLC | $ 597.64 | $ 0.00 | $ 597.64 |

Total to be paid to timely general unsecured creditors $ 979.81

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE